JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Eric Siegel

                Plaintiff,

v.

Scripps Networks Interactive, Inc. et al

                Defendants.

Case No.  CV 16-02166-AB (FFMx)

ORDER DISMISSING CIVIL ACTION

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_45_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 18, 2017      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.